1  MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
2  IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
4  300 South Fourth Street, Suite 500
Las Vegas, NV  89101
5  Phone:  (702) 853-5500
Fax:   (702) 853-5599
6  Attorneys for Defendant,
7  COLORADO CASUALTY INSURANCE COMPANY

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

| | |
|---|---|
| MARC FRIEDMAN, individually; | CASE NO. 2:11-cv-01941-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| COLORADO CASUALY INSURANCE COMPANY: DOES 1 through 100; and ROE CORPORTATIONS 101 through 200 | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, COLORADO CASUALTY INSURANCE COMPANY, by and through its attorneys of record, Megan K. Dorsey, Esq., and Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, MARC FRIEDMAN, by and through his attorneys of record, Christopher D. Burk, Esq., of the law firm of BERNSTEIN & POISSON, that pursuant to the Binding Arbitration Agreement entered into between the Parties in this matter, Plaintiff hereby

///

///

///

165138-1

1 | dismisses his Complaint against Defendant, Colorado Casualty Insurance Company, with
2 | prejudice, each party to bear its own fees and costs.

3 | DATED this 15th day of February, 2013.     DATED this 15th day of February, 2013.

4 | KOELLER NEBEKER CARLSON            BERNSTEIN & POISSON
5 |    & HALUCK, LLP

6 | By___/s/ Ian P. Gillan_____     By___/s/ Christopher D. Burk_____
    MEGAN K. DORSEY, ESQ.                      SCOTT POISSON, ESQ.
7 |    Nevada Bar No. 6959                             Nevada Bar No. 8111
    IAN P. GILLAN, ESQ.                            CHRISTOPHER D. BURK, ESQ.
8 |    Nevada Bar No. 9034                             Nevada Bar No. 8976
    300 South Fourth Street, Suite 500        8950 West Tropicana Avenue, Suite 1
9 |    Las Vegas, NV 89101                            Las Vegas, NV 89147
10|    Attorneys for Defendant,                        Attorneys for Plaintiff,
    COLORADO CASUALTY                         MARC FRIEDMAN
11|    INSURANCE COMPANY

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff, Marc Friedman's Complaint against Defendant, Colorado Casualty Insurance Company, is dismissed with prejudice, each party to bear its own costs and fees.

_____
U.S. DISTRICT COURT JUDGE

DATED: February 20, 2013

Respectfully submitted by,

    KOELLER NEBEKER CARLSON
    & HALUCK, LLP

By: _/s/ Ian P. Gillan_
    MEGAN K. DORSEY, ESQ.
    Nevada Bar No. 6959
    IAN P. GILLAN, ESQ.
    Nevada Bar No. 9034
    300 South Fourth Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Defendant,
    COLORADO CASUALTY
    INSURANCECOMPANY

165138-1