1  MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
2  IAN P. GILLAN, ESQ.
   Nevada Bar No. 9034
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
4  300 South Fourth Street, Suite 500
   Las Vegas, NV  89101
5  Phone:  (702) 853-5500
   Fax:   (702) 853-5599
6  Attorneys for Defendant,
7  COLORADO CASUALTY INSURANCE COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11  MARC FRIEDMAN, individually;        )   CASE NO. 2:11-cv-01941-JCM-CWH
12                                      )
              Plaintiff,                )   **STIPULATION AND ORDER TO DISMISS**
13                                      )   **WITH PREJUDICE**
    vs.                                 )
14                                      )
                                        )
15  COLORADO CASUALY INSURANCE          )
    COMPANY: DOES 1 through 100; and    )
16  ROE CORPORTATIONS 101 through 200   )
                                        )
17            Defendants.               )

18       **IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, COLORADO
19  CASUALTY INSURANCE COMPANY, by and through its attorneys of record, Megan K.
20  Dorsey, Esq., and Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON
21  & HALUCK, LLP, and Plaintiff, MARC FRIEDMAN, by and through his attorneys of record,
22  Christopher D. Burk, Esq., of the law firm of BERNSTEIN & POISSON, that pursuant to the
23  Binding Arbitration Agreement entered into between the Parties in this matter, Plaintiff hereby
24  ///
25  ///
26  ///
27
28

165138-1

1  dismisses his Complaint against Defendant, Colorado Casualty Insurance Company, with
2  prejudice, each party to bear its own fees and costs.

3  DATED this 15th day of February, 2013.        DATED this 15th day of February, 2013.

4  KOELLER NEBEKER CARLSON                        BERNSTEIN & POISSON
   & HALUCK, LLP
5

6  By____/s/ Ian P. Gillan_____       By____/s/ Christopher D. Burk_____
       MEGAN K. DORSEY, ESQ.                          SCOTT POISSON, ESQ.
7      Nevada Bar No. 6959                            Nevada Bar No. 8111
       IAN P. GILLAN, ESQ.                            CHRISTOPHER D. BURK, ESQ.
8      Nevada Bar No. 9034                            Nevada Bar No. 8976
       300 South Fourth Street, Suite 500             8950 West Tropicana Avenue, Suite 1
9      Las Vegas, NV 89101                            Las Vegas, NV 89147
10     Attorneys for Defendant,                       Attorneys for Plaintiff,
       COLORADO CASUALTY                              MARC FRIEDMAN
11     INSURANCE COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

165138-1

## ORDER

IT IS HEREBY ORDERED that Plaintiff, Marc Friedman's Complaint against Defendant, Colorado Casualty Insurance Company, is dismissed with prejudice, each party to bear its own costs and fees.

_____
U.S. DISTRICT COURT JUDGE

DATED: February 20, 2013

Respectfully submitted by,

    KOELLER NEBEKER CARLSON
    & HALUCK, LLP

By: _/s/ Ian P. Gillan_
    MEGAN K. DORSEY, ESQ.
    Nevada Bar No. 6959
    IAN P. GILLAN, ESQ.
    Nevada Bar No. 9034
    300 South Fourth Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Defendant,
    COLORADO CASUALTY
    INSURANCECOMPANY

165138-1